UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | NO. 4:13-MJ-__368__ |
| ARNOLD TROY CRAYTON (1) | § § § | |

CRIMINAL COMPLAINT

I, DEA Task Force Officer Bruce Blaisdell, hereinafter Complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

1. That on July 24, 2013 in the Fort Worth Division of the Northern District of Texas and elsewhere, defendant **Arnold Troy Crayton**, did intentionally and knowingly possess with intent to distribute 50 kilograms or more marijuana, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(b)(1) (D).

2. On or About June 28, 2013 US Probation Officer Roger Smith contacted TFO Bruce Blaisdell and stated that he received an anonymous call from an individual with information about one of his probationers. The caller stated that Arnold Troy Crayton is living at 1521 Kingfisher Dr., Fort Worth, Texas and is receiving approximately 100 pounds of marijuana a week for distribution in the Fort Worth area.

3. TFO Bruce Blaisdell along with members of DEA HIDTA group 2 and the TarrantCounty Narcotics Unit began conducting an investigation of Arnold Troy

Crayton. Investigators during several surveillances observed Arnold Troy Crayton arrive or depart 1521 Kingfisher Dr., Fort Worth, Texas driving several different vehicles.

4. On July 24, 2013 at approximately 11:53 a.m. TFO Blaisdell observed a white 2006 Chevrolet Impala arrived at 1521 Kingfisher Dr. and park in the driveway. TFO Blaisdell observed two males and child exit the Impala. TFO Blaisdell observed the driver retrieve a white grocery bag from the trunk. TFO Blaisdell observed that the driver carried the white grocery bag flat as he walked to the front door of the residence. TFO Blaisdell observed Arnold Troy Crayton open the front door to the residence and allow the two males and child inside the residence.

5. At approximately 12:22 p.m. TFO Blaisdell observed the two males and child exit the residence. TFO Blaisdell observed that the driver still had the white grocery bag in his hand but that now the grocery bag was full and bulging. TFO Blaisdell observed the driver again open the trunk and place the white grocery bag inside. TFO Blaisdell observed Arnold Troy Crayton exit the residence behind the two males and child and talk to the males in the front yard for a couple minutes. The two males and child then departed 1521 Kingfisher Dr. in the 2006 White Chevrolet Impala.

6. Investigators followed the vehicle and ran the license plate. Investigators learned that there was a wanted hit attached to the plate for unpaid traffic tickets. Investigators observed that the driver matched the description of the wanted person. Officers with the Fort Worth Police department conducted at traffic stop on the 2006 white Impala at 8300 Hwy 287, Fort Worth, Texas. The Fort Worth Officers Snow and Chavez identified the driver and observed that he was the same person listed as wanted

**Complaint – Page 2**

on the license plate check. The driver told officers that he had a pistol in the glove box. Officers asked the driver and passenger to exit the vehicle. Officers observed loose marijuana in the front passenger's seat. The front seat passenger was arrested for possession of marijuana. Officers conducted a probable cause search of the vehicle. Officers located approximately 2 pounds of marijuana inside the same white grocery bag that TFO Blaisdell observed the driver carry from the residence at 1521 Kingfisher Dr. The driver and passenger were both arrested transported to the Fort Worth Police jail.

7. TFO Blaisdell observed Arnold Troy Crayton back a blue Honda out of the garage of 1521 Kingfisher Dr. a few minutes after the white Impala left. TFO Blaisdell attempted to follow Arnold Troy Crayton but lost him a few blocks later.

8. Tarrant County Narcotics Investigator Clifton Kirby prepared a narcotics search warrant for 1521 Kingfisher Dr. Investigator Kirby took the search warrant to a Tarrant County Magistrate who read and signed the search warrant.

9. Investigators executed the search warrant at 1521 Kingfisher Dr. and located approximately 52 pounds of marijuana inside the living room and kitchen. Investigators located a loaded Sig Sauer pistol under the bed. Arnold Troy Crayton has both Federal and State drug convictions and is prohibited for possessing a firearm. Investigators located marijuana wrapping inside residence and garage. The wrapping was labeled with a number and had the weight of marijuana written on the outside of the wrapping. TFO Blaisdell knows that it is common for bricks of marijuana from Mexico to contain a brick number and a weight amount as a way of accounting for how much marijuana was shipped. Once the marijuana bricks reach their destination the receiver

will note the brick number and again weigh the marijuana to make sure it was the same as written on the outside. Investigators found wrappings for approximately 256 pounds of marijuana inside the residence.

10. Investigators located pictures of Arnold Troy Crayton inside the living room and bedroom. Investigators located documents for Arnold Troy Crayton inside the bedroom. TFO Blaisdell contacted Probation Officer Roger Smith. Officer Smith called Arnold Troy Crayton on the phone and asked if he could meet with him. Arnold Troy Crayton agreed to meet Probation Officer Smith at his mother's residence. Investigators waited on Arnold Troy Crayton but he never showed up and he quit answering the probation officer's phone calls.

*Bruce Blaisdell*
Bruce Blaisdell
Task Force Officer
Drug Enforcement Administration

Subscribed and sworn to before me on this  5th  day of August 2013.

JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE

**Complaint – Page 4**